# EXHIBIT
# 6

Filed
7/7/2015 10:56:48 AM
Esther Degollado
District Clerk
Webb District
Esther Jo Garza
2014CVF000504 D3

CAUSE NO. 2014CVF000504 D3

| | | |
|---|---|---|
| RUFINA REYES YANEZ, | § § | IN THE DISTRICT |
| COURT OF | | |
| Plaintiff, | § | |
| | § | |
| vs. | § | WEBB COUNTY, TEXAS |
| | § | |
| AMERICAN GENERAL LIFE | § | |
| INSURANCE COMPANY, | § | 341ST JUDICIAL |
| DISTRICT | | |
| | § | |
| Defendant. | § | |

### ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE THE MAY 13, 2015 ORDER GRANTING DEFENDANT'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion to Set Aside the May 13, 2015 Order Granting Defendant's Traditional Motion for Summary Judgment (the "Motion"). After reviewing the Motion, any responses thereto and hearing any arguments of counsel, being fully advised and for good cause shown, the Court rules as follows:

1. The Motion is DENIED in its entirety.

2. American General is entitled to summary judgment as to each of Plaintiff's claims for the reasons set forth in its motion and the Court's Order dated May 13, 2015.

Date: July 20, 2015

PRESIDING JUDGE